NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CAMERON INTERNATIONAL TRADING COMPANY, INC. (DOING BUSINESS AS CARSON OPTICAL) AND LEADING EXTREME OPTIMIST INDUSTRIES LIMITED,**
*Plaintiffs-Appellees,*

v.

**HAWK IMPORTERS, INC., SHYAM BAHETI, AND RAM BAHETI,**
*Defendants-Appellants.*

---

2011-1116

---

Appeal from the United States District Court for the Eastern District of New York in case no. 03-CV-2496, Judge Joanna Seybert.

---

ON MOTION

---

ORDER

Hawk Importers, Inc., Shyam Baheti, and Ram Baheti move for a 14-day extension of time, until February 22, 2011, to file their brief.

Accordingly,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

FEB 0 7 2011
—————————————
Date

/s/ Jan Horbaly
—————————————
Jan Horbaly
Clerk

cc:  John J. Lynch, Esq.
     J. Curtis Edmondson, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 0 7 2011

JAN HORBALY
CLERK